UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| IKE ELIAS, | ) | |
| Plaintiff, | ) | Case No. 2:11-cv-01440-KJD-CWH |
| vs. | ) | **ORDER** |
| RONALD H. REYNOLDS AND ASSOCIATES, *et al.*, | ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on Plaintiff Ike Elias' Motion for Discovery on an Expedited Basis (#26), filed March 6, 2012.

Plaintiff's motion appears to be an attempt to file a discovery plan and scheduling order or request a planning conference under Rule 16. The Court has reviewed the motion and finds that it does not comply with this Court's Local Rules or the Federal Rules of Civil Procedure. Local Rule 26-1(d) requires that a plaintiff, or the plaintiff's counsel, initiate the mandatory Rule 26(f) scheduling conference. Within fourteen (14) days after the mandatory conference, the parties must submit a stipulated discovery plan and scheduling order. LR 26-1(d). Upon Court approval, the stipulated plan becomes the scheduling order required by Fed. R. Civ. P. 16(b). Here, Plaintiff has not initiated a Rule 26(f) scheduling conference. Nor have the parties submitted a stipulated discovery plan as required. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Ike Elias' Motion for Discovery on an Expedited Basis (#26) is **denied**. Plaintiff is instructed to initiate the Rule 26(f) scheduling conference no later than **Monday, March 19, 2012**. The stipulated discovery plan shall be filed by **Monday, April 2, 2012**. Failure of any party to participate in framing the discovery plan may result in sanctions under

1 | Fed. R. Civ. P. 37(f).
2 |     DATED this 9th day of March, 2012.

                                                      _____
                                                      **C.W. Hoffman, Jr.**
                                                      **United States Magistrate Judge**