# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IKE ELIAS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RONALD H. REYNOLDS<br>AND ASSOCIATES, *et al.*,<br><br>　　　　Defendants. | Case No.  2:11-cv-01440-KJD-CWH<br><br>**ORDER** |

Based on the Scheduling Order (#31) entered March 19, 2012, the Court finds that Plaintiff Ike Elias' Motion to Require Defendants to Participate in the Mandatory Rule 26(f) Discovery Conference (#28) is moot.  Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Ike Elias' Motion to Require Defendants to Participate in the Mandatory Rule 26(f) Discovery Conference (#28) is **denied as moot**.  The parties shall bear their own costs and fees associated with the motion.

DATED this 26th day of March, 2012.

C.W. Hoffman, Jr.
United States Magistrate Judge