# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

IKE ELIAS,

    Plaintiff,

vs.

RONALD H. REYNOLDS AND ASSOCIATES, *et al.*,

    Defendants.

Case No. 2:11-cv-01440-KJD-CWH

**ORDER**

Based on the Scheduling Order (#31) entered March 19, 2012, the Court finds that Plaintiff Ike Elias' Motion to Require Defendants to Participate in the Mandatory Rule 26(f) Discovery Conference (#28) is moot. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Ike Elias' Motion to Require Defendants to Participate in the Mandatory Rule 26(f) Discovery Conference (#28) is **denied as moot**. The parties shall bear their own costs and fees associated with the motion.

DATED this 26th day of March, 2012.

C.W. Hoffman, Jr.
United States Magistrate Judge