# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IKE ELIAS, | |
| Plaintiff, | Case No. 2:11-cv-01440-KJD-CWH |
| vs. | **ORDER** |
| RONALD H. REYNOLDS AND ASSOCIATES, *et al.*, | |
| Defendants. | |

This matter is before the Court on Plaintiff Ike Elias' Motion Seeking Court Response (#65), filed August 15, 2012.

It appears Plaintiff is requesting that the Court address his April 30, 2012 filing. (#57). The docket entry in question was filed after Plaintiff's claims were dismissed and judgment entered against Plaintiff. *See* April 17, 2012 Order (#53). Plaintiff's motion for reconsideration was also denied. *See* April 25, 2012 Order (#56). Thus, at the time of filing, this matter was closed. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion Seeking Court Response (#65) is **denied**.

DATED this 16th day of August, 2012.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge