UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| IKE ELIAS, | ) | |
| Plaintiff, | ) | Case No. 2:11-cv-01440-KJD-CWH |
| vs. | ) | **ORDER** |
| RONALD H. REYNOLDS AND ASSOCIATES, *et al.*, | ) | |
| Defendants. | ) | |

This matter is before the Court on Plaintiff Ike Elias' Motion for Recusal (#70), filed August 30, 2012.

Plaintiff's request is moot. On April 17, 2012, Plaintiff's claims were dismissed and judgment entered. (#53). The Ninth Circuit upheld the dismissal on appeal. *See* Order of USCA, Ninth Circuit (#68). An order on mandate (#68) was filed on September 4, 2012. The dismissal having been affirmed, it is not necessary for the undersigned to address Plaintiff's motion as this matter is closed.

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Recusal (#70) is **denied as moot**.

DATED this 5th day of September, 2012.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge