# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IKE ELIAS,<br><br>    Plaintiff,<br><br>v.<br><br>RONALD H. REYNOLDS AND ASSOCIATES, *et al.*,<br><br>    Defendants. | Case No. 2:11-CV-01440-KJD-CWH<br><br>**ORDER** |

Presently before the Court is Plaintiff's Motion for Judge to Recuse Himself (#71) filed August 30, 2012. Plaintiff's request is moot. On April 17, 2012, Plaintiff's claims were dismissed and judgment entered. (#53). The Ninth Circuit upheld the dismissal on appeal. See Order of USCA, Ninth Circuit (#68). An order on mandate (#68) was filed on September 4, 2012. The dismissal having been affirmed, it is not necessary for the undersigned to address Plaintiff's motion as this matter is closed.

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Recusal (#71) is **denied as moot**.

DATED this 5th day of March 2013.

_____
Kent J. Dawson
United States District Judge